IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA SHERIN,

      Plaintiff,                        JUDGMENT IN A CIVIL CASE

      v.                               Case No. 11-cv-772-wmc

GARY HAMBLIN, JEFFREY PUGH,
PATRICK J. LYNCH,
JEROME A. SWEENY, STEVEN DORF,
AARON GLEN and LARRY J. SPENCER,

      Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |